

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| V. | SA16-0484M |
| RODOLFO LOPEZ GARCIA | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _____, IT IS ORDERED that a detention hearing is set for __Tuesday__, __Oct. 18, 2016__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __October 14, 2016__      _____
U.S. Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                      Page 1 of 1